# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SHELBY BURDETTE,<br>    *Plaintiff,*<br><br>v.<br><br>BAYLOR SCOTT & WHITE HEALTH, LLC,<br>    *Defendant.* | CIVIL NO. 6-20-CV-00960 |

## ORDER DISMISSING CASE

Before the Court is Defendant Baylor Scott & White Health, LLC's Motion for Full and Final Summary Judgment (ECF No. 4) in the above-entitled cause of action. The Court, having considered the Motion and finds it is unopposed by the Plaintiffs, finds that the Motion should be **GRANTED**. Pursuant to Local Rule 7(e)(2), "[i]f there is no response [to a motion] filed within the time period prescribed by this rule, the court may grant the motion as unopposed." W.D. Tex. Civ. R. 7(e)(2). Baylor Scott & White Health filed their Motion for Summary Judgment on November 25, 2020. Four months have elapsed since Defendant filed their motion and Plaintiffs have yet to file a response. *See* W.D. Tex. Civ. R. 7(e)(2) ("A response to a dispositive motion shall be filed not later than 14 days after the filing of the motion."). Accordingly, the Court finds that Plaintiff has failed to file a timely response to Defendant's Motion for Summary Judgment, and therefore, the Court finds that Defendant's Motion for Summary Judgment be granted as unopposed.

Accordingly, Defendants' Motion for Summary Judgment is **GRANTED** and Plaintiff's claims against Defendants are **DISMISSED** without prejudice.

**SIGNED** this 5th day of April, 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE